THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-00197-RAJ |
| Plaintiff, | ORDER ON DEFENDANT'S MOTION TO CLARIFY REPRESENTATION AND/OR PROCEED PRO SE |
| v. | |
| HUMBERTO GARCIA, | |
| Defendant. | |

THE COURT has considered Defendant Humberto Garcia's Motion to Clarify Representation and/or Proceed Pro Se (Dkt. # 95), and the records and files in this case. Having conducted a hearing on this date, for the reasons set forth orally on the record,

IT IS NOW ORDERED that Attorney Michael Nance is permitted to withdraw as defense counsel in this matter, and that new counsel shall be appointed to represent Mr. Garcia from the CJA panel. Mr. Nance shall remain counsel of record until successor counsel has been appointed.

DATED this 25th day of March, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
(*United States v. Humberto Garcia*; CR20-197RAJ)