Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                         Plaintiff,

        v.

HUMBERTO GARCIA,

                         Defendant.

No. 2:20-cr-00197-RAJ

ORDER DENYING DEFENDANT'S
MOTION TO CONTINUE TRIAL DATE

        THIS MATTER comes before the Court upon Defendant Humberto Garcia's Motion to Continue Trial Date.  The Court, having considered the facts set forth in the motion, the Government's response, and the files and pleadings herein, hereby ORDERS that Defendant Humberto Garcia's Motion to Continue Trial Date (Dkt. 396) is DENIED.  Trial shall proceed as scheduled on April 10, 2023.

        DATED this 16th day of March, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING DEFENDANT GARCIA'S
MOTION TO CONTINUE TRIAL DATE – 1