THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:20-cr-00197-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| HUMBERTO GARCIA, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on counsel for Defendant's oral motion for appointment of new counsel, made at a hearing on March 23, 2023. Having considered the oral motion, and having heard from defense counsel and Defendant *ex parte* in sealed proceedings, for the reasons set forth on the record, the Court finds and rules as follows:

IT IS HEREBY ORDERED that defendant's oral motion is GRANTED. Attorney Stephan Illa is permitted to withdraw as defense counsel in this matter, and new defense counsel shall be appointed to represent the defendant from the CJA panel. Stephan Illa shall remain counsel of record until successor counsel is appointed by the CJA Coordinator.

DATED this 23rd day of March, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER PERMITTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 1