Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HUMBERTO GARCIA, <br><br> Defendant | Case No.: 2:20-cr-00197-RAJ <br><br> ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

This matter having come before the Court on the motion of the defendant requesting a continuance of the trial date, the Court finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

The Court further finds that the failure to grant a continuance of the trial date and pretrial motions deadline would deny newly appointed defense counsel the reasonable time necessary to prepare this matter for trial, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for the anticipated trial, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial. Now, therefore,

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA  98101
(206) 624-2800
FAX (206) 624-2805

IT IS HEREBY ORDERED that the Motion to Continue Trial Date and Pretrial Motions Due Date (Dkt. 413) is GRANTED.  The trial date in this matter is continued from April 10, 2023 to January 22, 2024.  All pretrial motions, including motions in limine, shall be filed no later than November 13, 2023.

IT IS FURTHER ORDERED that the period of time from the date of this Order until the new trial date of January 22, 2024, is excluded time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 6th day of April, 2023.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE  - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA  98101
(206) 624-2800
FAX (206) 624-2805