Judge Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-0197RAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING DEFENDANT'S |
| | ) | AGREED MOTIONS *IN LIMINE* |
| | ) | |
| HUMERTO GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This matter having come before the Court on the agreement of the parties, the Court orders as follows.

1.  Witnesses will be excluded from the courtroom until their testimony has been completed.

2.  Witnesses will be ordered not to discuss their testimony or other matters related to the case with other witnesses.

3.  References by witnesses or arguments by counsel regarding the defendant's non-testimonial demeanor are prohibited.

ORDER RE AGREED MOTIONS IN LIMINE
(Garcia, CR20-0197RAJ) - 1

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805

4. Testimony directly or indirectly implying a personal belief in the defendant's guilt is excluded, and arguments that state or imply a personal belief in the defendant's guilt are prohibited.

5. Testimony & arguments regarding gangs or gang affiliations are excluded.

6. Testimony & arguments regarding the defendant's failure to produce evidence are prohibited.

7. The parties are ordered to give each other notice of their expected witnesses the day before calling them to testify.

8. Parties are ordered to disclose to each other any exhibits, videos, photographs, or computer slide shows the day before using them in opening statement.

9. Counsel for each party are ordered to inform his or her witnesses of pertinent rulings by this Court and to direct each witness to abide by those rulings before testifying at trial.

DATED this 17th day of November, 2023.

HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER RE AGREED MOTIONS IN LIMINE
(Garcia, CR20-0197RAJ) - 2

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805