The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO GARCIA,<br><br>Defendant. | NO. CR20-197RAJ<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF 4,200 WORDS |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of 4,200 words, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. 432) is **GRANTED**. The United States may file its Response in Opposition to Defendant's Motion to Suppress not to exceed 6,099 words.

DATED this 6th day of December, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
*United States v. Garcia*, CR20-197RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970