The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> HUMBERTO JOSE GARCIA, <br><br> Defendant. | NO. 2:20-cr-00197-RAJ <br><br> ORDER ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

THIS MATTER has come before the Court upon Defendant Humberto Jose Garcia's Motion to Suppress Evidence. Dkt. 426. Having considered the motion, the government's response (Dkt. 433), the defendant's reply (Dkt. 438), and the files and pleadings herein, the Court issues this summary ruling on the defendant's motion.

A detailed order will be issued well in advance of trial. The purpose of this Order is to advise the parties of the Court's ruling so they may have more than adequate time to prepare for trial knowing the outcome of this issue.

For the reasons that will be detailed in a subsequent order, the Court **DENIES** the defendant's Motion to Suppress Evidence.

DATED this 21st day of December, 2023.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER - 1