Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>HUMBERTO GARCIA,<br><br>      Defendant. | No. 2:20-cr-00197-RAJ<br><br>ORDER CONTINUING TRIAL DATE |

  THIS MATTER comes before the Court upon the motion of counsel for Defendant Humberto Garcia to continue the trial date in this matter.  Defendant Humberto Garcia objects to a continuance of the trial date. The Court, having considered the facts set forth in the motion and the records and files herein, and having conducted a hearing on this date, FINDS as follows:

  1. That the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial.

  2. Defendant Humberto Garcia's objection to the continuance is overruled. Given the family emergency of defense counsel, failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  In addition, the failure to grant a continuance in the proceeding would

likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

3. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for defense counsel to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that defense counsel's Motion to Continue Trial Date (Dkt. 447) is GRANTED. The trial date is continued to April 15, 2024. No further pretrial motions are permitted.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this Order to the new trial date of April 15, 2024, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 4th day of January, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE – 2