Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HUMBERTO GARCIA,<br><br>　　　　　　　Defendant. | No. 2:20-cr-00197-RAJ<br><br>ORDER RE: JUROR LUNCHES |

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 14-member jury in the above-captioned action which was in deliberations on April 23, 2024.

DATED this 23rd day of April, 2024.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

ORDER RE: JUROR LUNCHES – 1