HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUMBERTO GARCIA,<br><br>Defendant | Case No.: 2:20-cr-00197-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION FOR APPELLATE COUNSEL TO ACCESS SEALED TRANSCRIPTS FOR APPELLATE REVIEW |

Having reviewed Humberto Garcia's Unopposed Motion for an Order Authorizing Appellate Counsel to Obtain Sealed Records (Dkt. 508), and for good cause shown, the Court ORDERS that the following records shall be unsealed to the limited extent that the designated court reporters may provide a copy to Brooks Holland, appellate counsel for Humberto Garcia:

- Sealed transcript for March 25, 2021 hearing—Docket entry 115
- Sealed transcript for March 23, 2022 hearing—Docket entry 299
- Sealed transcript for March 23, 2023 hearing—Docket entry 405

ORDER - 1

THE COURT FURTHER ORDERS that the requested docket entries shall be unsealed only for the limited purpose of providing them to attorney Brooks Holland, and they shall remain sealed for all other purposes, including from the public, absent further Court order.

DATED this 19th day of December, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2